IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| PIERRE TERRY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:21-cv-143-GNS |
| | )   **(Removed from Allen Circuit Court,** |
| DOLLAR GENERAL CORPORATION, | )   **Commonwealth of Kentucky, Case No.** |
| | )   **21-CI-00307)** |
|     Defendant. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331 and 1441, Defendant Dollar General Corporation hereby provides notice of removal of this action from the Circuit Court for Allen County, Kentucky, Case No. 21-CI-00307. In support of removal, Dollar General states the following:

1. On September 21, 2021, Plaintiff commenced this action with the filing of a Complaint in Allen Circuit Court captioned *Pierre Terry v. Dollar General Corporation,* Case No. 21-CI-00307. (Complaint attached hereto as Exhibit A).

2. Plaintiff mailed the summons and Complaint to Dollar General's corporate office via certified mail, and thereafter filed in the Allen Circuit Court a return receipt reflecting delivery on September 24, 2021. (Return Receipt attached as Exhibit B).

3. This action may be removed to this Court pursuant to 28 U.S.C. §1441(a) because the Complaint contains a claim over which this Court has original federal question jurisdiction under 28 U.S.C. §§ 1331 and 1343(a)(4). *See* Complaint, ¶¶ 1-2, 30-32 (asserting alleged violations of Title VII of the Civil Rights Act of 1964).

4. Dollar General is removing this action within thirty (30) days of receipt of the Complaint via certified mail on September 24, 2021. Therefore, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(1).

5. Venue is proper pursuant to 28 U.S.C. § 1441(a) in the United States District Court for the Western District of Kentucky, Bowling Green Division, because it embraces Allen County, Kentucky, the place where the state court action was pending.

6. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be served upon Plaintiff, who is proceeding *pro se*. Notice of removal will also be filed contemporaneously with the Circuit Court for Allen County, Kentucky.

7. Pursuant to 28 U.S.C. § 1446(a), Dollar General has attached as <u>Exhibit A</u> a copy of all process, pleadings, and orders served upon it in the state court action.

8. By filing this Notice of Removal, Dollar General does not waive, either expressly or impliedly, its respective rights to assert any defense it could have asserted in the Circuit Court for Allen County, Kentucky.

>*/s/ Stanley E. Graham*
>Stanley E. Graham, KY Bar # 95865
>Waller Lansden Dortch & Davis, LLP
>511 Union Street, Suite 2700
>Nashville, Tennessee  37219
>Telephone:  (615) 244-6380
>Facsimile:   (615) 244-6804
>stan.graham@wallerlaw.com
>
>*Attorney for Defendant Dollar General Corporation*

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been filed via the Court's electronic filing system, with a copy sent via first class mail to Plaintiff at the following address reflected in the Complaint:

>Pierre Terry, *pro se*
>145 Village Lane
>Hartsville, TN 37074

on this 22nd day of October, 2021.

>*/s/ Stanley E. Graham*